IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DENNIS GRANT POULSEN

    Plaintiff ,

vs.                                  CASE NO.    1:07cv96-SPM/AK

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT & RECOMMENDATION**

**THIS CAUSE** comes for consideration upon the Magistrate Judge's Report and Recommendation (doc. 9). Defendant has been furnished a copy of the report and recommendation and has filed an objection (doc. 10), which the Court accepts as timely filed. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a _de novo_ determination of any portions to which an objection has been made.

      Defendant's claim that Plaintiff's complaint was untimely filed is supported by the evidence submitted by the Plaintiff to the Magistrate Judge. As of February 27, 2003, Plaintiff was on notice that his termination was final. This notification was demonstrated by Plaintiff's attendance at a meeting with Defendant where Defendant reviewed and reaffirmed the previous decision to

terminate Plaintiff and also by Plaintiff's request for unemployment prior to March 17, 2003.   It is imperative that discrimination complaints are filed in strict adherence to the statute of limitations of the governing federal statute.  Plaintiff's complaint, filed on March 17, 2003 was untimely filed. Therefore, pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted.

Accordingly, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 9) is adopted and incorporated by reference in this order.
2. Defendant's motion to dismiss (doc. 3) is <u>granted</u>.
3. Plaintiff's complaint (doc. 1) is dismissed with prejudice.
4. The Clerk of Court is instructed to close this file.

**DONE AND ORDERED** this <u>eighteenth</u> day of October, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge