IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DENNIS GRANT POULSEN,

    Plaintiff,

v.                                                                CASE NO. 1:07-cv-00096-SPM-AK

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

## ORDER

This case is before the Court on Plaintiff's motion for subpoena duces tecum, Doc. 28, which Defendant suggests should be treated as a discovery request for production of documents. Doc. 29. The Court agrees, and because Defendant has apparently supplied Plaintiff with the requested documents, and Plaintiff has now responded to the motion for summary judgment without further allegation that he could properly respond, the motion, Doc. 28, is **MOOT**.

    **DONE AND ORDERED** this  7th  day of April, 2009.

                                           *s/ A. KORNBLUM*
                                           **ALLAN KORNBLUM**
                                           **UNITED STATES MAGISTRATE JUDGE**