IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DENNIS G. POULSEN,

    Plaintiff,

v.                                     CASE NO. 1:07v96-SPM/AK

PUBLIX SUPER MARKETS, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the court on the Magistrate Judge's Second Report and Recommendation dated June 1, 2009 (doc. 32). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections (doc. 33). Having considered the report and recommendation and the objections, I have determined that the report and recommendation should be adopted.

The applicable period for filing a discrimination charge begins to run upon the employee's receipt of unequivocal notice of an adverse employment decision. Stewart v. Booker T. Washington Ins., 232 F.3d 844, 849 (11th Cir. 2000). In this case, Plaintiff received unequivocal notice of his termination on

February 23, 2003.  Although Plaintiff sought to challenge the termination through an internal appeal, the appeal does not toll the period for filing a discrimination charge.  <u>Delaware State Coll. v. Ricks</u>, 449 U.S. 250, 260-61 (1980).  Defendant's refusal to reinstate Plaintiff in appeals process does not constitute a discrete act of discrimination that resurrects the filing period.  <u>Burnam v. Amoco Container Co.</u>, 755 F.2d 893, 894-95 (11th Cir. 1985).  To the extent Plaintiff argues that he applied for a new position and that Defendant refused to hire him for discriminatory reasons, the claim has not been pleaded and has not been exhausted.  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. The magistrate judge's report and recommendation (doc. 32) is ADOPTED and incorporated by reference in this order.

2. Defendant's motion for summary judgment (doc. 24) is granted.

3. This case is dismissed with prejudice as time barred.

DONE AND ORDERED this 23rd day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge

CASE NO. 1:07v96-SPM/AK